IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-114-D

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| JOHN VALENTIN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

On March 15, 2021, John Valentin ("Valentin"), appearing pro se, filed a motion for a copy of the sentencing transcript in his case [D.E. 65]. Although a court reporter transcribed Valentin's sentencing hearing, the court reporter did not a prepare transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Lucas has failed to show a particularized need for the transcripts. To the extent Valentin's motion could be construed as motion to obtain the transcript without charge, the motion [D.E. 65] is DENIED.

SO ORDERED. This 29 day of April 2021.

JAMES C. DEVER III
United States District Judge